UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                         §
                                               §
WAGNER, JAMES DAVID                            §         Case No. 13-83137
WAGNER, WENDY RAE                              §
                                               §
                                               §
           Debtor(s)                           §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim
       disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____        By:/s/DANIEL M. DONAHUE_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-83137 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | WAGNER, JAMES DAVID | | | Date Filed (f) or Converted (c): | 09/10/13 (f) |
| | WAGNER, WENDY RAE | | | 341(a) Meeting Date: | 10/10/13 |
| For Period Ending: | 12/19/14 | | | Claims Bar Date: | 05/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence: Single Family home in Huntley I | 188,717.00 | 0.00 | | 0.00 | FA |
| 2. Investment Property: 1203 Elm Street Lake in the | 83,081.00 | 122,900.00 | | 122,900.00 | FA |
| 3. Rental: Town house in Huntley Location: 11510 Algo | 133,600.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 250.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts | 199.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts | 36.00 | 0.00 | | 0.00 | FA |
| 7. Financial Accounts | 300.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 12. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 13. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 14. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 15. Furs and Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 16. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 17. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 18. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 19. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 20. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 21. Equitable or Future Interests | 11,500.00 | 0.00 | | 0.00 | FA |
| 22. Intellectual Property | 0.00 | 0.00 | | 0.00 | FA |
| 23. Vehicles | 3,454.00 | 0.00 | | 0.00 | FA |
| 24. Vehicles | 565.00 | 0.00 | | 0.00 | FA |
| 25. Vehicles | 500.00 | 0.00 | | 0.00 | FA |
| 26. Animals | 100.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 13-83137 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WAGNER, JAMES DAVID | | | Date Filed (f) or Converted (c): | 09/10/13 (f) |
| | WAGNER, WENDY RAE | | | 341(a) Meeting Date: | 10/10/13 |
| | | | | Claims Bar Date: | 05/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $425,602.00 | $122,900.00 | | $122,900.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 11/01/14     Current Projected Date of Final Report (TFR): 11/01/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-83137 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | WAGNER, JAMES DAVID | | Bank Name: | BANK OF KANSAS CITY |
| | WAGNER, WENDY RAE | | Account Number / CD #: | *******0156  GENERAL CHECKING |
| Taxpayer ID No: | *******8364 | | | |
| For Period Ending: | 12/19/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 96,452.94 | | 96,452.94 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 110.98 | 96,341.96 |
| 11/14/14 | 002001 | ILLINOIS DEPARTMENT OF REVENUE POB 19053 SPRINGFIELD, IL  62794-9053 | INCOME TAXES DUE EIN:  47-6328364 Tax Year Ended:  8/31/14 | 2820-000 | | 945.00 | 95,396.96 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 138.25 | 95,258.71 |
| 12/15/14 | 002002 | Benning Group, LLC 6785 Weaver Rd., Ste. 2A rockford,IL  61114-8056 | ACCOUNTING FEES | 3410-000 | | 500.00 | 94,758.71 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 96,452.94 | 1,694.23 | 94,758.71 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 96,452.94 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,694.23 | |
| | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,694.23 | |

Page Subtotals  96,452.94  1,694.23

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-83137 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WAGNER, JAMES DAVID | | Bank Name: | CONGRESSIONAL BANK |
| | WAGNER, WENDY RAE | | Account Number / CD #: | *******1075 GENERAL CHECKING |
| Taxpayer ID No: | *******8364 | | | |
| For Period Ending: | 12/19/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/14 | 2 | STEWART TITLE COMPANY | SALE PROCEEDS: REAL PROP | | 109,459.47 | | 109,459.47 |
| | | (ROBERT AND JADA DOWNS, PURCHASERS) | | | | | |
| | 2 | ROBERT AND JADA DOWNS | Memo Amount: 122,900.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Memo Amount: ( 184.50 ) | 2500-000 | | | |
| | | | TRANSFER TAXES | | | | |
| | | STEWART TITLE CO. | Memo Amount: ( 1,525.00 ) | 2500-000 | | | |
| | | | TITLE COMMITMENT | | | | |
| | | | Memo Amount: ( 1,716.75 ) | 2820-000 | | | |
| | | | PROPERTY TAXES (1/1/14-8/13/14) | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount: ( 1,455.97 ) | 2820-000 | | | |
| | | | COUNTY PROP TAXES-2013 1ST INSTALL | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount: ( 1,393.27 ) | 2820-000 | | | |
| | | | COUNTY PROPERTY TAXES-2ND INSTALL | | | | |
| | | STEWART TITLE COMPANY | Memo Amount: ( 3.00 ) | 2500-000 | | | |
| | | | ILLINOIS STATE POLICY FEE | | | | |
| | | STEWART TITLE COMPANY | Memo Amount: ( 50.00 ) | 2500-000 | | | |
| | | | CPL FEE | | | | |
| | | VILLAGE OF LAKE IN THE HILLS | Memo Amount: ( 322.76 ) | 2500-000 | | | |
| | | | WATER BILL/LAWN MOWING | | | | |
| | | CHANGING SEASONS | Memo Amount: ( 100.00 ) | 2500-000 | | | |
| | | | LAWN MAINTENANCE | | | | |
| | | LAKE IN THE HILLS SANITARY DISTRICT | Memo Amount: ( 449.28 ) | 2500-000 | | | |
| | | | SEWER BILL | | | | |
| | | ARMNS PEST MANAGEMENT | Memo Amount: ( 95.00 ) | 2500-000 | | | |
| | | | TERMITE INSPECTION FEE | | | | |
| | | REALTY EXECUTIVES CORNERSTONE - 3,3 | Memo Amount: ( 6,145.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |

Page Subtotals 109,459.47 0.00

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-83137 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WAGNER, JAMES DAVID | | Bank Name: | CONGRESSIONAL BANK |
| | WAGNER, WENDY RAE | | Account Number / CD #: | *******1075 GENERAL CHECKING |
| Taxpayer ID No: | *******8364 | | | |
| For Period Ending: | 12/19/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 63.73 | 109,395.74 |
| 09/10/14 | 000100 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - 1ST FEE APP | 3110-000 | | 11,754.50 | 97,641.24 |
| 09/10/14 | 000101 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES - 1ST FEE APP | 3120-000 | | 1,084.25 | 96,556.99 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 104.05 | 96,452.94 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 96,452.94 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 122,900.00 | COLUMN TOTALS | | 109,459.47 | 109,459.47 | 0.00 |
| Memo Allocation Disbursements: | 13,440.53 | Less: Bank Transfers/CD's | | 0.00 | 96,452.94 | |
| | | Subtotal | | 109,459.47 | 13,006.53 | |
| Memo Allocation Net: | 109,459.47 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 109,459.47 | 13,006.53 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 122,900.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 13,440.53 | GENERAL CHECKING - ********0156 | 0.00 | 1,694.23 | 94,758.71 |
| | | GENERAL CHECKING - ********1075 | 109,459.47 | 13,006.53 | 0.00 |
| Total Memo Allocation Net: | 109,459.47 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 109,459.47 | 14,700.76 | 94,758.71 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     109,459.47

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 19, 2014 |
|---|---|---|---|---|---|---|

Case Number:   13-83137
Debtor Name:    WAGNER, JAMES DAVID

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $9,395.00 | $9,395.00 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $15,594.50 | $15,594.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $1,266.25 | $1,266.25 |
| 001<br>3410-00 | BENNING GROUP, LLC<br>6785 Weaver Road, Suite 2A<br>Rockford, IL  61114-8056 | Administrative | | $0.00 | $500.00 | $500.00 |
| 001<br>3510-00 | Rick O'Conner<br>Realty Executives Cornerstone<br>7115 Virginia Road, Suite 101<br>Crystal Lake, IL | Administrative | | $0.00 | $6,145.00 | $6,145.00 |
| 000001<br>070<br>7100-00 | ComEd<br>3 Lincoln Center<br>Attn: Bkc Group-Claims Department<br>Oakbrook Terrace, IL 60181 | Unsecured | | $0.00 | $2,418.06 | $2,418.06 |
| 000002<br>070<br>7100-00 | James A. Wagner<br>c/o David A. Newby<br>Coman & Anderson, P.C.<br>650 Warrenville Road, Suite 500<br>Lisle, Illinois 60532 | Unsecured | | $0.00 | $88,055.61 | $88,055.61 |
| 000003<br>070<br>7100-00 | Asset Acceptance LLC assignee<br>CHASE<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $9,724.92 | $9,724.92 |
| 000004<br>070<br>7100-00 | Asset Acceptance LLC assignee FIFTH<br>THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $13,051.24 | $13,051.24 |
| 000005<br>070<br>7100-00 | HC Recovery, Inc.<br>PO Box 849<br>Springdale, AR 72765 | Unsecured | | $0.00 | $3,358.17 | $3,358.17 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: December 19, 2014 |

Case Number: 13-83137  
Debtor Name: WAGNER, JAMES DAVID  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | Nicor Gas Po box 549 Aurora il 60507 | Unsecured | | $0.00 | $163.34 | $163.34 |
| 000007 070 7100-00 | American InfoSource LP as agent for DIRECTV, LLC Mail Station N387 2230 E Imperial Hwy El Segundo, CA 90245 | Unsecured | | $0.00 | $235.98 | $235.98 |
| 000008 070 7100-00 | Portfolio Recovery Associates, LLC Successor to HSBC BANK NEVADA, N.A. (5TH 3RD BANK) POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $601.13 | $601.13 |
| | Case Totals: | | | $0.00 | $150,509.20 | $150,509.20 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-83137
Case Name: WAGNER, JAMES DAVID
   WAGNER, WENDY RAE
Trustee Name: DANIEL M. DONAHUE

    Balance on hand          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Accountant for Trustee Fees: BENNING GROUP, LLC | $ | $ | $ |
| Other: Rick O'Conner | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd | $ | $ | $ |
| 000002 | James A. Wagner | $ | $ | $ |
| 000003 | Asset Acceptance LLC assignee CHASE | $ | $ | $ |
| 000004 | Asset Acceptance LLC assignee FIFTH | $ | $ | $ |
| 000005 | HC Recovery, Inc. | $ | $ | $ |
| 000006 | Nicor Gas | $ | $ | $ |
| 000007 | American InfoSource LP as agent for | $ | $ | $ |
| 000008 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

      Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE