# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WAGNER, JAMES DAVID | § | Case No. 13-83137 |
| WAGNER, WENDY RAE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/25/2015 in Courtroom 3100,

U.S. Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue_____
                                                                  Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WAGNER, JAMES DAVID | § | Case No. 13-83137 |
| WAGNER, WENDY RAE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 122,900.00 |
| and approved disbursements of | $ | 28,141.29 |
| leaving a balance on hand of[1] | $ | 94,758.71 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 9,395.00 | $ 0.00 | $ 9,395.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 15,594.50 | $ 11,754.50 | $ 3,840.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 1,266.25 | $ 1,084.25 | $ 182.00 |
| Accountant for Trustee Fees: BENNING GROUP, LLC | $ 500.00 | $ 500.00 | $ 0.00 |
| Other: Rick O'Conner | $ 6,145.00 | $ 6,145.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 13,417.00 |
| Remaining Balance | $ | 81,341.71 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,608.45  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd | $ 2,418.06 | $ 0.00 | $ 1,672.41 |
| 000002 | James A. Wagner | $ 88,055.61 | $ 0.00 | $ 60,902.03 |
| 000003 | Asset Acceptance LLC assignee CHASE | $ 9,724.92 | $ 0.00 | $ 6,726.06 |
| 000004 | Asset Acceptance LLC assignee FIFTH | $ 13,051.24 | $ 0.00 | $ 9,026.65 |
| 000005 | HC Recovery, Inc. | $ 3,358.17 | $ 0.00 | $ 2,322.62 |
| 000006 | Nicor Gas | $ 163.34 | $ 0.00 | $ 112.97 |
| 000007 | American InfoSource LP as agent for | $ 235.98 | $ 0.00 | $ 163.21 |
| 000008 | Portfolio Recovery Associates, LLC | $ 601.13 | $ 0.00 | $ 415.76 |

Total to be paid to timely general unsecured creditors          $ 81,341.71

Remaining Balance          $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-83137-TML
James David Wagner                                              Chapter 7
Wendy Rae Wagner
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 3          Date Rcvd: Feb 03, 2015
                             Form ID: pdf006          Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
db/jdb         #+James David Wagner,    Wendy Rae Wagner,    6511 Ridgeview Dr,    Huntley, IL 60142-9577
20972565       +AAMS/Automated Accounts Mgmt Svc,    4800 Mills Civic Parkway,    Suite 202,
                 West Des Moines, IA 50265-5265
20972567       +Accounts Receivable Mg,    7834 N 2nd St Ste 5,    Machesney Park, IL 61115-2871
21913221       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
20972572       +Associated Recovery Systems,    PO Box 463051,    Escondido, CA 92046-3051
20972574       ++BANK OF AMERICA,    PO Box 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
20972575       +Caliber Home Loans, In,    715 S Metropolitan,    Oklahoma City, OK 73108-2088
20972576       +Cda/pontiac,    Attn:Bankruptcy,    Po Box 213,    Streator, IL 61364-0213
20972577       +Centegra Health Systems,    P.O. Box 1990,    Woodstock, IL 60098-1990
20972580       +Centegra HealthSystem,    13707 W. Jackson Street,    Woodstock, IL 60098-3188
20972584       +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
20972586       +City of McHenry Finance Dept,    333 South Green Street,    McHenry, IL 60050-5494
20972590       +Creditors Discount & Audit Co.,    415 E. Main Street,    Streator, IL 61364-2927
20972591       #+Crystal Lake Family Dental,    651 W. Terra Cotta Ave Ste 201,    Crystal Lake, IL 60014-3411
20972592       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: DirecTV Customer Service,    PO Box 6550,    Englewood, CO 80155-6550)
20972593       #+Dr. David Min,    651 West Terra Cotta,    #201,    Crystal Lake, IL 60014-3411
20972594       +Equable Ascent Financial,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
20972601       +First Midwest Bank/na,    3800 Rock Creek Blvd.,    Joliet, IL 60431-7939
20972604        Fulton, Friedman & Gullace, LLP,    Bradley Sayad,    5 East Van Buren - Ste 214,
                 Lisle, IL 60532
20972608       +J.P. Morgan Chase BAnke, N.A.,    f/k/a Bank One, N.A.,    10 S. Dearborn, 1 Bank One Plaza,
                 Chicago, IL 60670-0001
21621810       +James A. Wagner,    c/o David A. Newby,    Coman & Anderson, P.C.,
                 650 Warrenville Road, Suite 500,    Lisle, Illinois 60532-4318
20972609       +James A. Wagner,    79 Brinker Rd.,    Barrington, IL 60010-5112
20972610       +John Elstrom MD PC,    Robert Hall MD,    406 N. Front St,    McHenry, IL 60050-5593
20972611        Karlen R Covey,    7908 Route 14, Suite B,    Crystal Lake, IL 60012
20972612        Lake County Ortopedic Associates,    P.O. Box 66080,    Chicago, IL 60666-0080
20972615       +MG Mechanical Service,    1513 Lamb Road,    Woodstock, IL 60098-9677
20972614       +Mercy Health Phys,    P.O. Box 5081,    Janesville, WI 53547-5081
20972616       +Midwest Dental,    214 Dundee Ave,    Dundee, IL 60118-1627
20972618        Moraine Emergency Physicians,    4102 Medical Center Drive,    McHenry, IL 60050
20972626       +North Shore Agency,    9525 Sweet Valley Drive,    Building A,    Valley View, OH 44125-4237
20972628       +Nrthestcrcol,    245 Main Street,    Dickson City, PA 18519-1641
20972630       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
20972629       +Peter M Wuertz MD,    8135 N. Milwaukee Ave,    Niles, IL 60714-2828
20972632       +Proactiv Solution,    PO Box 361448,    Des Moines, IL 50336-1448
20972634       +Rnb-fields3,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
20972635       +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
20972637       +Thaddeus M. Bond, Jr & Associates,    200 N. King Ave,    Suite 203,    Waukegan, IL 60085-4293
20972638       +Transworld Systems, Inc.,    25 Northwest Point Blvd #750,    Elk Grove Village, IL 60007-1058
20972640       +Wellington Radiology Group,    836 W. Wellington Ave,    Chicago, IL 60657-5147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20972569        E-mail/Text: ebn@americollect.com Feb 04 2015 02:20:12      Americollect,    1851 S. Alverno Rd,
                 Manitowoc, WI 54220
20972568        E-mail/Text: ebn@americollect.com Feb 04 2015 02:20:12      Americollect,    Attn: Bankruptcy,
                 Po Box 1566,    Manitowoc, WI 54221
20972570       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 04 2015 02:19:57      Asset Acceptance,
                 Attn: Bankrupcy Dept,    Po Box 2036,    Warren, MI 48090-2036
21657904       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 04 2015 02:19:57
                 Asset Acceptance LLC assignee CHASE,    PO Box 2036,    Warren, MI 48090-2036
21657905       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 04 2015 02:19:57
                 Asset Acceptance LLC assignee FIFTH THIRD BANK,    PO Box 2036,    Warren, MI 48090-2036
20972581       +E-mail/Text: contact@csicollects.com Feb 04 2015 02:21:26      Certified Services Inc,
                 1733 Washington St Ste 2,    Waukegan, IL 60085-5192
20972582       +E-mail/Text: contact@csicollects.com Feb 04 2015 02:21:26      Certified Services, Inc.,
                 PO Box 177,    Waukegan, IL 60079-0177
20972583       +E-mail/Text: bk.notifications@jpmchase.com Feb 04 2015 02:19:44      Chase Auto,
                 Attn: National Bankruptcy Dept,    PO Box 29505,    Phoenix, AZ 85038-9505
20972584       +E-mail/Text: bk.notifications@jpmchase.com Feb 04 2015 02:19:44      Chase Auto,    PO Box 901076,
                 Fort Worth, TX 76101-2076
20972587       +E-mail/Text: bankruptcydesk@colonialsavings.com Feb 04 2015 02:20:42      Colonial Savings & Loa,
                 Attn Bankruptcy,    2626 W Freeway Bldg B,    Fort Worth, TX 76102-7109
20972588       +E-mail/Text: bankruptcydesk@colonialsavings.com Feb 04 2015 02:20:42
                 Colonial Savings & Loan,    2600 West Fwy,    Fort Worth, TX 76102-7109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20972589      +E-mail/Text: legalcollections@comed.com Feb 04 2015 02:21:14      ComEd,  3 Lincoln Center,
               Attn: Bkc Group-Claims Department,  Oakbrook Terrace, IL 60181-4204
20972596      +E-mail/Text: collectionbankruptcies.bancorp@53.com Feb 04 2015 02:21:11      Fifth Third Bank,
               MD# RSCB3E Bankruptcy Dept.,  1830 East Paris Ave SE,  Grand Rapids, MI 49546-6253
20972598       E-mail/Text: fmb.bankruptcy@firstmidwest.com Feb 04 2015 02:20:30      First Midwest Bank,
               Loan Operations Center,  PO Box 9003,  Gurnee, IL 60031-9003
20972597      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Feb 04 2015 02:20:30      First Midwest Bank,
               PO Box 9003,  Gurnee, IL 60031-9003
20972599      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Feb 04 2015 02:20:30      First Midwest Bank,
               214 Washington St,  Waukegan, IL 60085-5618
20972605       E-mail/Text: bankruptcy@hccredit.com Feb 04 2015 02:21:27      HC Recovery, Inc.,  PO Box 849,
               Springdale, AR 72765
20972606      +E-mail/Text: bankruptcy@hraccounts.com Feb 04 2015 02:19:21      HR Accounts, Inc.,
               7017 John Deere Parkway,  Moline, IL 61265-8072
20972622       E-mail/Text: bankruptcydepartment@ncogroup.com Feb 04 2015 02:20:18
               NCO Financial Systems Inc,  507 Prudential Road,  Horsham, PA 19044-2368
20972621       E-mail/Text: bankruptcydepartment@ncogroup.com Feb 04 2015 02:20:18
               NCO Financial Systems Inc,  Attention: Bankruptcy,  507 Prudential Rd,
               Horsham, PA 19044-2308
20972624       E-mail/Text: bankruptcydepartment@ncogroup.com Feb 04 2015 02:20:18
               NCO Financial Systems, Inc.,  PO Box 15630,  Wilmington, DE 19850-5630
20972625      +E-mail/Text: bankrup@aglresources.com Feb 04 2015 02:19:03      NICOR,  1844 Ferry Road,
               Naperville, IL 60563-9600
20972620       E-mail/Text: bankruptcydepartment@ncogroup.com Feb 04 2015 02:20:18      Nco Fin/09,
               Attention: Bankruptcy,  507 Prudential Rd,  Horsham, PA 19044-2308
21894402      +E-mail/Text: bankrup@aglresources.com Feb 04 2015 02:19:03      Nicor Gas,  Po box 549,
               Aurora il 60507-0549
20972636      +E-mail/Text: anye@scottandgoldmaninc.com Feb 04 2015 02:19:08      Scott & Goldman,
               8081 Stanton Ave,  Buena Park, CA 90620-3248
                                                                          TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20972566*     +AAMS/Automated Accounts Mgmt Svc,  4800 Mills Civic Parkway,  Suite 202,
               West Des Moines, IA 50265-5265
20972571*     +Asset Acceptance LLC,  Attn: Bankruptcy Dept,  Po Box 2036,  Warren, MI 48090-2036
21657906*     +Asset Acceptance LLC assignee  FIFTH THIRD BANK,  PO Box 2036,  Warren, MI 48090-2036
20972578*     +Centegra Health Systems,  P.O. BOX 1990,  Woodstock, IL 60098-1990
20972579*     +Centegra Health Systems,  P.O. BOX 1990,  Woodstock, IL 60098-1990
20972600*      First Midwest Bank,  Loan Operations Center,  PO Box 9003,  Gurnee, IL 60031-9003
20972607*     +HR Accounts, Inc.,  7017 John Deere Parkway,  Moline, IL 61265-8072
20972619*     +Moraine Emergency Physicians,  PO Box 8759,  Philadelphia, PA 19101-8759
20972623*     +NCO Financial Systems, Inc,  Attention: Bankruptcy,  507 Prudential Rd,
               Horsham, PA 19044-2308
20972631*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,  120 Corporate Blvd,  Suite 100,
               Norfolk, VA 23502)
21940906*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,  POB 41067,  Norfolk VA 23541)
21940920*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
               Successor to HSBC BANK NEVADA, N.A.,  (5TH 3RD BANK),  POB 41067,  Norfolk VA 23541)
20972573      ##+Bank of America,  PO Box 15026,  Wilmington, DE 19850-5026
20972595      ##+Equitable Ascent Financial LLC,  1120 Lake Cook Rd,  Buffalo Grove, IL 60089-1970
20972602      ##+Frederick J. Hanna & Associates, PC,  Attorneys at Law,  1427 Rosewll Road,
               Marietta, GA 30062-3668
20972603      ##+Freedman Anselmo Lindberg LLC,  1807 West Diehl Road,  Suite 333,  Naperville, IL 60563-1890
20972613      ##+Medical Financial Management,  8135 N. Milwaukee Ave,  Niles, IL 60714-2898
20972617      ##+Moraine Emergency Physicians,  PO Box 8759,  Philadelphia, PA 19101-8759
20972627      ##+North Shore Agency,  PO Box 17211,  Wilmington, DE 19850-7211
20972633      ##+Redline Recovery Services LLC,  11675 Rainwater Dr. Suite 350,  Alpharetta, GA 30009-8693
20972639      ##+Waukegan Savings & Loan,  1324 Golf Road,  Waukegan, IL 60087-4831
                                                                   TOTALS: 0, * 12, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: kkrystave          Page 3 of 3          Date Rcvd: Feb 03, 2015
                             Form ID: pdf006           Total Noticed: 64
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2015 at the address(es) listed below:
          Daniel  Donahue    on behalf of Plaintiff Daniel M Donahue Trustee ddonahue@mjwpc.com,
          ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    on behalf of Accountant Curt  Kleckler, CPA ddonahue@mjwpc.com,
          ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
          ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
          Donald Q Manning    on behalf of Plaintiff Daniel M Donahue Trustee dqm@mjwpc.com,
          mckenzie@mjwpc.com
          Katerina  Tsoukalas-Heitkemper    on behalf of Debtor James David Wagner kheitkemper@bruninglaw.com
          Katerina  Tsoukalas-Heitkemper    on behalf of Joint Debtor Wendy Rae Wagner
          kheitkemper@bruninglaw.com
          Kevin W Bruning    on behalf of Joint Debtor Wendy Rae Wagner kbruning@bruninglaw.com,
          dplunkett@bruninglaw.com
          Kevin W Bruning    on behalf of Debtor James David Wagner kbruning@bruninglaw.com,
          dplunkett@bruninglaw.com
          Nisha B Parikh    on behalf of Creditor   Colonial Savings, F.A. nparikh@fal-illinois.com,
          bankruptcy@fal-illinois.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Thaddeus M Bond, Jr., Jr    on behalf of Creditor   FIRST MIDWEST BANK ted@bondpc.com
                                                                                  TOTAL: 13
```