UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WAGNER, JAMES DAVID | § | Case No. 13-83137 |
| WAGNER, WENDY RAE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Colonial Savings & Loa Attn Bankruptcy 2626 W Freeway Bldg B Fort Worth, TX 76102 |  |  |  |  |  |
|  | First Midwest Bank PO Box 9003 Gurnee, IL 60031-3623 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank/na 3800 Rock Creek Blvd. Joliet, IL 60431 | | | | | |
| | James A. Wagner 79 Brinker Rd. Barrington, IL 60010 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| ARMNS PEST MANAGEMENT | | | | | |
| CHANGING SEASONS | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LAKE IN THE HILLS SANITARY DISTRICT | | | | | |
| STEWART TITLE CO. | | | | | |
| STEWART TITLE COMPANY | | | | | |
| VILLAGE OF LAKE IN THE HILLS | | | | | |
| BANK OF KANSAS CITY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LAKE COUNTY TREASURER | | | | | |
| PROPERTY TAXES (1/1/14-8/13/14) | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| BENNING GROUP, LLC | | | | | |
| REALTY EXECUTIVES CORNERSTONE - 3,3 | | | | | |
| RICK O'CONNER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAMS/Automated Accounts Mgmt Svc 4800 Mills Civic Parkway Suite 202 West Des Moines, IA 50265 | | | | | |
| | AAMS/Automated Accounts Mgmt Svc 4800 Mills Civic Parkway Suite 202 West Des Moines, IA 50265 | | | | | |
| | Accounts Receivable Mg 7834 N 2nd St Ste 5 Machesney Park, IL 61115 | | | | | |
| | Americollect Attn: Bankruptcy Po Box 1566 Manitowoc, WI 54221 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850 | | | | | |
| | Caliber Home Loans, In 715 S Metropolitan Oklahoma City, OK 73108 | | | | | |
| | Cda/pontiac Attn:Bankruptcy Po Box 213 Streator, IL 61364 | | | | | |
| | Centegra HealthSystem 13707 W. Jackson Street Woodstock, IL 60098 | | | | | |
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | | | | |
| | Chase Auto Attn:  National Bankruptcy Dept PO Box 29505 Phoenix, AZ 85038 | | | | | |
| | Dr. David Min 651 West Terra Cotta #201 Crystal Lake, IL 60014 | | | | | |
| | Equable Ascent Financial 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | HR Accounts, Inc. 7017 John Deere Parkway Moline, IL 61265 |  |  |  |  |  |
|  | HR Accounts, Inc. 7017 John Deere Parkway Moline, IL 61265 |  |  |  |  |  |
|  | Lake County Ortopedic Associates P.O. Box 66080 Chicago, IL 60666-0080 |  |  |  |  |  |
|  | MG Mechanical Service 1513 Lamb Road Woodstock, IL 60098 |  |  |  |  |  |
|  | Moraine Emergency Physicians PO Box 8759 Philadelphia, PA 19101-8759 |  |  |  |  |  |
|  | NCO Financial Systems Inc Attention: Bankruptcy 507 Prudential Rd Horsham, PA 19044 |  |  |  |  |  |
|  | Nco Fin/09 Attention: Bankruptcy 507 Prudential Rd Horsham, PA 19044 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North Shore Agency 9525 Sweet Valley Drive Building A Valley View, OH 44125 | | | | | |
| | Nrthestcrcol 245 Main Street Dickson City, PA 18519 | | | | | |
| | Peter M Wuertz MD 8135 N. Milwaukee Ave Niles, IL 60714 | | | | | |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | | | | |
| | Scott & Goldman 8081 Stanton Ave Buena Park, CA 90620 | | | | | |
| | Waukegan Savings & Loan 1324 Golf Road Waukegan, IL 60087 | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | ASSET ACCEPTANCE LLC ASSIGNEE CHASE | | | | | |
| 000004 | ASSET ACCEPTANCE LLC ASSIGNEE FIFTH | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMED | | | | | |
| 000005 | HC RECOVERY, INC. | | | | | |
| 000002 | JAMES A. WAGNER | | | | | |
| 000006 | NICOR GAS | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-83137 | TML | Judge: THOMAS M. LYNCH | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WAGNER, JAMES DAVID | | | | Date Filed (f) or Converted (c): | 09/10/13 (f) |
| | WAGNER, WENDY RAE | | | | 341(a) Meeting Date: | 10/10/13 |
| For Period Ending: | 04/30/15 | (4th reporting period for this case) | | | Claims Bar Date: | 05/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence: Single Family home in Huntley I | 188,717.00 | 0.00 | | 0.00 | FA |
| 2. Investment Property: 1203 Elm Street Lake in the | 83,081.00 | 122,900.00 | | 122,900.00 | FA |
| 3. Rental: Town house in Huntley Location: 11510 Algo | 133,600.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 250.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts | 199.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts | 36.00 | 0.00 | | 0.00 | FA |
| 7. Financial Accounts | 300.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 12. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 13. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 14. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 15. Furs and Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 16. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 17. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 18. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 19. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 20. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 21. Equitable or Future Interests | 11,500.00 | 0.00 | | 0.00 | FA |
| 22. Intellectual Property | 0.00 | 0.00 | | 0.00 | FA |
| 23. Vehicles | 3,454.00 | 0.00 | | 0.00 | FA |
| 24. Vehicles | 565.00 | 0.00 | | 0.00 | FA |
| 25. Vehicles | 500.00 | 0.00 | | 0.00 | FA |
| 26. Animals | 100.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.04

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Case 13-83137   Doc 58   Filed 05/18/15   Entered 05/18/15 12:24:26   Desc Main
Document      Page 12 of 16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-83137 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WAGNER, JAMES DAVID | | | Date Filed (f) or Converted (c): | 09/10/13 (f) |
| | WAGNER, WENDY RAE | | | 341(a) Meeting Date: | 10/10/13 |
| | | | | Claims Bar Date: | 05/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $425,602.00 | $122,900.00 | | $122,900.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 11/01/14      Current Projected Date of Final Report (TFR): 11/01/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-83137 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WAGNER, JAMES DAVID | | Bank Name: | BANK OF KANSAS CITY |
| | WAGNER, WENDY RAE | | Account Number / CD #: | *******0156  GENERAL CHECKING |
| Taxpayer ID No: | *******8364 | | | |
| For Period Ending: | 04/30/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 96,452.94 | | 96,452.94 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 110.98 | 96,341.96 |
| 11/14/14 | 002001 | ILLINOIS DEPARTMENT OF REVENUE POB 19053 SPRINGFIELD, IL  62794-9053 | INCOME TAXES DUE EIN:  47-6328364 Tax Year Ended:  8/31/14 | 2820-000 | | 945.00 | 95,396.96 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 138.25 | 95,258.71 |
| 12/15/14 | 002002 | Benning Group, LLC 6785 Weaver Rd., Ste. 2A rockford,IL  61114-8056 | ACCOUNTING FEES | 3410-000 | | 500.00 | 94,758.71 |
| 02/25/15 | 002003 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 9,395.00 | 85,363.71 |
| 02/25/15 | 002004 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,840.00 | 81,523.71 |
| 02/25/15 | 002005 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 182.00 | 81,341.71 |
| 02/25/15 | 002006 | ComEd 3 Lincoln Center Attn: Bkc Group-Claims Department Oakbrook Terrace, IL 60181 | Claim 000001, Payment 69.2% | 7100-000 | | 1,672.41 | 79,669.30 |
| 02/25/15 | 002007 | James A. Wagner c/o David A. Newby Coman & Anderson, P.C. 650 Warrenville Road, Suite 500 Lisle, Illinois 60532 | Claim 000002, Payment 69.2% | 7100-000 | | 60,902.03 | 18,767.27 |
| 02/25/15 | 002008 | Asset Acceptance LLC assignee CHASE PO Box 2036 Warren, MI 48090 | Claim 000003, Payment 69.2% | 7100-000 | | 6,726.06 | 12,041.21 |
| 02/25/15 | 002009 | Asset Acceptance LLC assignee FIFTH THIRD BANK PO Box 2036 Warren, MI 48090 | Claim 000004, Payment 69.2% | 7100-000 | | 9,026.65 | 3,014.56 |

Page Subtotals        96,452.94        93,438.38

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-83137 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | WAGNER, JAMES DAVID | | Bank Name: | BANK OF KANSAS CITY |
| | WAGNER, WENDY RAE | | Account Number / CD #: | *******0156 GENERAL CHECKING |
| Taxpayer ID No: | *******8364 | | | |
| For Period Ending: | 04/30/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/25/15 | 002010 | HC Recovery, Inc.<br>PO Box 849<br>Springdale, AR 72765 | Claim 000005, Payment 69.2% | 7100-000 | | 2,322.62 | 691.94 |
| 02/25/15 | 002011 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Claim 000006, Payment 69.2% | 7100-000 | | 112.97 | 578.97 |
| 02/25/15 | 002012 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | Claim 000007, Payment 69.2% | 7100-000 | | 163.21 | 415.76 |
| 02/25/15 | 002013 | Portfolio Recovery Associates, LLC<br>Successor to HSBC BANK NEVADA, N.A.<br>(5TH 3RD BANK)<br>POB 41067<br>Norfolk VA 23541 | Claim 000008, Payment 69.2% | 7100-000 | | 415.76 | 0.00 |

| | | |
| --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | Deposits | Disbursements |
| --- | --- | --- |
| COLUMN TOTALS | 96,452.94 | 96,452.94 | 0.00 |
| Less: Bank Transfers/CD's | 96,452.94 | 0.00 | |
| Subtotal | 0.00 | 96,452.94 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 96,452.94 | |

Page Subtotals  0.00  3,014.56

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-83137 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WAGNER, JAMES DAVID | Bank Name: | CONGRESSIONAL BANK |
| | WAGNER, WENDY RAE | Account Number / CD #: | *******1075  GENERAL CHECKING |
| Taxpayer ID No: | *******8364 | | |
| For Period Ending: | 04/30/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/14 | 2 | STEWART TITLE COMPANY | SALE PROCEEDS: REAL PROP | | 109,459.47 | | 109,459.47 |
| | | (ROBERT AND JADA DOWNS, PURCHASERS) | | | | | |
| | 2 | ROBERT AND JADA DOWNS | Memo Amount:       122,900.00 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Memo Amount:    (       184.50 ) | 2500-000 | | | |
| | | | TRANSFER TAXES | | | | |
| | | STEWART TITLE CO. | Memo Amount:    (     1,525.00 ) | 2500-000 | | | |
| | | | TITLE COMMITMENT | | | | |
| | | | Memo Amount:    (     1,716.75 ) | 2820-000 | | | |
| | | | PROPERTY TAXES (1/1/14-8/13/14) | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:    (     1,455.97 ) | 2820-000 | | | |
| | | | COUNTY PROP TAXES-2013 1ST INSTALL | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:    (     1,393.27 ) | 2820-000 | | | |
| | | | COUNTY PROPERTY TAXES-2ND INSTALL | | | | |
| | | STEWART TITLE COMPANY | Memo Amount:    (         3.00 ) | 2500-000 | | | |
| | | | ILLINOIS STATE POLICY FEE | | | | |
| | | STEWART TITLE COMPANY | Memo Amount:    (        50.00 ) | 2500-000 | | | |
| | | | CPL FEE | | | | |
| | | VILLAGE OF LAKE IN THE HILLS | Memo Amount:    (       322.76 ) | 2500-000 | | | |
| | | | WATER BILL/LAWN MOWING | | | | |
| | | CHANGING SEASONS | Memo Amount:    (       100.00 ) | 2500-000 | | | |
| | | | LAWN MAINTENANCE | | | | |
| | | LAKE IN THE HILLS SANITARY DISTRICT | Memo Amount:    (       449.28 ) | 2500-000 | | | |
| | | | SEWER BILL | | | | |
| | | ARMNS PEST MANAGEMENT | Memo Amount:    (        95.00 ) | 2500-000 | | | |
| | | | TERMITE INSPECTION FEE | | | | |
| | | REALTY EXECUTIVES CORNERSTONE - 3,3 | Memo Amount:    (     6,145.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |

Page Subtotals        109,459.47              0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-83137 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | WAGNER, JAMES DAVID | | Bank Name: | CONGRESSIONAL BANK |
| | WAGNER, WENDY RAE | | Account Number / CD #: | *******1075 GENERAL CHECKING |
| Taxpayer ID No: | *******8364 | | | |
| For Period Ending: | 04/30/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 63.73 | 109,395.74 |
| 09/10/14 | 000100 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - 1ST FEE APP | 3110-000 | | 11,754.50 | 97,641.24 |
| 09/10/14 | 000101 | MCGREEVY WILLIAMS, P.C. | ATTORNEY EXPENSES - 1ST FEE APP | 3120-000 | | 1,084.25 | 96,556.99 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 104.05 | 96,452.94 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 96,452.94 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 122,900.00 | COLUMN TOTALS | 109,459.47 | 109,459.47 | 0.00 |
| Memo Allocation Disbursements: | 13,440.53 | Less: Bank Transfers/CD's | 0.00 | 96,452.94 | |
| | | Subtotal | 109,459.47 | 13,006.53 | |
| Memo Allocation Net: | 109,459.47 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 109,459.47 | 13,006.53 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 122,900.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 13,440.53 | GENERAL CHECKING - ********0156 | 0.00 | 96,452.94 | 0.00 |
| | | GENERAL CHECKING - ********1075 | 109,459.47 | 13,006.53 | 0.00 |
| Total Memo Allocation Net: | 109,459.47 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 109,459.47 | 109,459.47 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 109,459.47

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*